Sam Goroway, Appellee, v. Elizabeth Shelby, Appellant.

Gen. No. 43,977.

opinion filed April 21, 1947; rehearing denied May 12, 1947; released for publication May 12, 1947. James H. Christensen, for appellant; Milton Silberg and Benjamin J. Kanne, for appellee. Opinion by JUSTICE NIEMEYER. Not to be published in full.

William V. Barnett and Albert H. Barnett, Appellants, v. Harry D. Levy and Lester Levy, Trading as Carpet Agency, Appellees.

Gen. No. 43,987.

opinion filed April 21, 1947; released for publication May 5, 1947. C. A. Caplow, for appellant; Sidney Lyon, for appellees; Max C. Liss, of counsel. Opinion by JUSTICE NIEMEYER. Not to be published in full.